UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-23242-KMM

TUSHBABY, INC.,

    Plaintiff,

v.

LIUGXIUKEJI, a Foreign Corporation

    Defendant.

_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 1:24-cv-23242-KMM** being of the same subject matter and arising out of the same circumstances as in **Case No. 1:24-cv-22281-DSL** and subject to the consent of the Honorable David S. Leibowitz, it is

ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable David S. Leibowitz, for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2024.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 1:24-cv-22281-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 1:24-cv-22281-DSL**. All pleadings filed after this date shall be filed under Case No. 1:24-cv-22281-DSL.

2. The Clerk shall **CLOSE** Case No. 1:24-cv-23242-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 27th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record